No. 92–7317. Ho *v.* MARTIN MARIETTA AEROSPACE ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–7319. GUTIERREZ-DIAZ, AKA GUTIERREZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–7320. JONES *v.* BORG, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 92–7333. HELZER *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 92–7335. LLOYD *v.* GRAYSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–7336. MEJIA *v.* MYERS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–7337. RAY *v.* COWLEY, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–7338. SANGSTER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–7339. SPATES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 92–7342. YOUNG *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 92–7344. CLARK *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 92–7345. PACHECO SUAREZ *v.* KANSAS DEPARTMENT OF SOCIAL REHABILITATION SERVICES ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–7347. VAHEDI *v.* BURLEY ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 92–7348. ADAMS *v.* LOS ANGELES SUPERIOR COURT SYSTEM ET AL. C. A. 9th Cir. Certiorari denied.